**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TEDDY S. STOKES,
    Petitioner,

vs.                                        Case No.: 3:05cv324/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 15, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

    **DONE AND ORDERED** this 15th day of June, 2007.

                                        _s/ M. Casey Rodgers_
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**